IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ CAD D.C.

2005 JUL 18 PM 2:02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**UNITED STATES OF AMERICA**
Plaintiff

VS                                           CR. NO. 04-20303

**CURTIS PETTIGREW**
Defendant.

05 JUL 20 AM 8:45 FILED BY ___ D.C.
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

## MOTION TO CONTINUE REPORT DATE

**COMES NOW**, the Defendant Curtis Pettigrew in the above cause by and through the undersigned Samuel L. Perkins and would move this Honorable Court for an order of continuing the report date of Thursday, July 21, 2005, at 9:00a.m. and for cause would show unto this Honorable Court as follows:

1. The Defendant's counsel will be out of town from Wednesday July 20, 2005 to Sunday July 24, 2005 and would therefore request this Honorable Court to continue the report date.

2. AUSA CARROLL L. ANDRE III does not object to a continuance in this matter.

3. Defendant does not object to the time being excluded to Speedy Trial Act.

**WHEREFORE PREMISES CONSIDERED**, the Defendant Curtis Pettigrew would respectfully move this Honorable Court for an order continuing the Report date.

Respectfully submitted,

**MOTION GRANTED**
DATE: 7-19-2005

/s/ Bernice Bouie Donald
**BERNICE BOUIE DONALD**
**U.S. DISTRICT JUDGE**

/s/ Samuel L. Perkins
SAMUEL L. PERKINS #11857
147 Jefferson Ste. 804
Memphis, TN 38103
(901) 523-8832


25

## CERTIFICATE OF CONSULTATION

**COMES NOW, SAMULEL L. PERKINS**, counsel for the defendant, and advises the Court that he conferred with opposing counsel **Carroll L. Andre III**, Assistant United States Attorney, regarding Defendant' Motion to Continue. AUSA **CARROLL L. ANDRE III** does not oppose this motion.

SAMUEL L. PERKINS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was hand delivered OR delivered via U.S. Mail, postage prepaid, to Carroll L. Andre III, Assistant United States Attorney 167 North Main, Memphis, TN 38103, this 15th day of July, 2005.

SAMUEL L. PERKINS



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CR-20303 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT