# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

UNITED STATES OF AMERICA
Plaintiff,

VS                                           Cr. No. 2:04CR20303

CURTIS PETTIGREW
Defendant.

## MOTION TO CONTINUE SENTENCING DATE

**COME NOW**, the Defendant **Curtis Pettigrew** in the above cause by and though the undersigned counsel **Samuel L. Perkins** and would move this Honorable Court for an order of continuing the sentencing date presently set for Thursday December 8, 2005, at 1:30 p.m. and for cause would show unto this Honorable Court as follows:

1. The Defendant's counsel received the revised pre-sentence report on December 7, 2005 and would request additional time to file any necessary objections, therefore Defendant's counsel requests this Honorable Court to continue the sentencing date to the next rotation docket.

2. Defendant does not object to the time being excluded pursuant to the Speedy Trial Act.

3. **AUSA CARROLL ANDRE** does not object to a continuance in this matter.

**MOTION GRANTED**
DATE: 12-8-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12/13/05

**WHEREFORE PREMISES CONSIDERED,** the Defendant **Curtis Pettigrew** would respectfully move this Honorable Court for an order continuing the Sentencing date to the next rotation docket.

Respectfully submitted,

Samuel L. Perkins #11857
147 Jefferson Ste. 804
Memphis, TN 38103
(90) 523-8832

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was hand delivered OR delivered via fax, to **Carroll Andre,** Assistant United States Attorney 167 North Main, Memphis, TN 38103 this 7th day of December, 2005.

SAMUEL L. PERKINS



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:04-CR-20303 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT